UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

KAHEEM PALMER,

                Defendant.

------------------------------------------------------x

**ORDER**

24 Cr. 0067-02 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case _____Michael Burke_____ is hereby ordered substituted
                                                  Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

_____Matthew Galluzzo_____ effective October 1, 2024.
      Attorney's Name

SO ORDERED.

Dated:  White Plains, New York
          October 1, 2024

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/1/2024__