UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                           :
UNITED STATES OF AMERICA                                    :
                                                           :          **ORDER**
                            - v. -                          :
                                                           :          24 Cr. 67 (NSR)
KAHEEM PALMER,                                              :
                                                           :
                            Defendant.                      :
                                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NELSON S. ROMÁN, District Judge:

   The United States Marshals Service (the "Marshals Service"), the Hudson County

Department of Corrections and Rehabilitations ("HCDOC"), and the Bureau of Prisons ("BOP")

are requested to produce the defendant, KAHEEM PALMER, for a proceeding in the above-

captioned case on February 13, 2025.  In the event the defendant refuses to comply with his

production to Court or otherwise attempts to impede his production to the Courthouse, the

Marshals Service, HCDOC, or the BOP may use such force as is reasonably necessary for the

execution of the production to the Courthouse.

        SO ORDERED.

        _____
        HONORABLE NELSON S. ROMÁN
        United States District Judge

Dated:  White Plains, New York
    February 13, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2025