UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

KAHEEM PALMER,

                Defendant.

-------------------------------------------------------x

**ORDER**

24 Cr. 0067-02 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case \_\_\_\_Matthew Galluzzo\_\_\_\_ is hereby ordered substituted
                                                                      Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

\_\_\_\_\_Bruce Koffsky_____ .
    Attorney's Name

SO ORDERED.

Dated:  White Plains, New York
           September 11, 2025

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2025