```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2025
```

**PETER J. SCHAFFER**
ATTORNEY AT LAW
888 GRAND CONCOURSE, #1-O
BRONX, NEW YORK 10451

TEL: (718) 585-4444

**Via ECF**

October 21, 2025

Hon. Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Kaheem Palmer**
   **7:24-cr-67 (NSR)**

Dear Judge Roman:

    Your undersigned has been appointed as co-counsel along with Attorney Bruce D. Koffsky to represent Mr. Kaheem Palmer in the above-captioned matter, currently scheduled for a Final PreTrial conference before the Court Friday, October 24, 2025, at 11:00 a.m. I respectfully request that I be excused from attending Mr. Palmer's PreTrial conference as I am scheduled to be out of the District on a trip that was planned well before Mr. Koffsky asked that I be appointed as co-counsel in this case.

    I have discussed this application with Mr. Koffsky who has informed me that he has no objection to representing the interests of defendant at the status conference without me, and will consult with me regarding the conference next week. Mr. Koffsky and I have met in person with defendant Kaheem Palmer recently.

    For the above stated reasons, I respectfully request that the Court excuses my absence at Friday's Court appearance.

    Thank you.

Very truly yours,

/s/ *Peter Schaffer*

Peter J. Schaffer

cc: All Counsel of Record (via ECF)

---

**MEMO ENDORSED**

**Defendant's counsel's Peter Schaffer's request to be excused from the Final Pre-Trial Conference scheduled for October 24, 2025 is GRANTED. Mr. Schaffer may be excused from said conference. The Clerk of Court is directed to terminate the motion at ECF No. 86.**

SO ORDERED:

**Dated: October 22, 2025**
**White Plains, New York**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE