USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/2/2026__

LAW OFFICES OF

# KOFFSKY & FELSEN, LLC

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604

December 30, 2025

**Via ECF**

Honorable Nelson S. Román,
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

**Defendant's request for a continuance of his sentencing hearing and other sentencing-related deadlines is GRANTED. Defendant's sentencing hearing is adjourned from February 13, 2026 to February 25, 2026 at 2:30 P.M. The Clerk of Court is kindly directed to terminate the motion at ECF No. 93.**

**Dated: January 2, 2026**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

**RE:    United States v. Kaheem Palmer, 24 Cr. 67 (NSR)**

Dear Judge Román:

The defendant, Kaheem Palmer, through undersigned counsel, respectfully moves to continue sentencing for approximately 10 days from February 13, 2026, and to modify the scheduling order. Undersigned counsel requires additional time due to scheduling conflicts. AUSA Jennifer Ong advised that the government does not object to a brief adjournment. The parties are available on February 17, 18, 20, and 25, 2026.

WHEREFORE, Mr. Palmer, through undersigned counsel, respectfully requests that the Court grant a brief continuance of the sentencing hearing and extend the sentencing-related deadlines.

Respectfully submitted,

THE DEFENDANT,
Kaheem Palmer

/s/ *Bruce D. Koffsky*

BDK/dgb

cc:    All Counsel of Record via ECF
       USPO Sara Willette via email